This document is stored in the Clerk's office.